THE PEOPLE EX REL. JOSEPH METCALF v. THE AUDITOR GENERAL.

*Costs against the State.*

The State is not liable for costs in penal suits brought by supervisors for obstructing highways.

MANDAMUS. Submitted and decided January 8. Order to show cause denied.

*Michael Brennan* for the relator.

PER CURIAM. The statute which makes the State liable for costs "in any civil suit or proceeding instituted by any officer duly authorized for that purpose" (Comp. L., § 6173) does not make the State liable in suits for penalties brought by supervisors for obstructing highways. These are purely local matters, and the statute of costs excludes State liability for costs on penal statutes. § 7407.

Mandamus refused.